730

Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ware et al., Appellants.

Argued September 15, 1969. *Lawrence R. Watson, II,* with him *Nix, Watson & Randolph,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Watson, Appellant.

Submitted September 8, 1969. *Melvine Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Whitten, Appellant.